MUZZY AND WELLS *vs.* BRUNDRED AND OTHERS.

In error to the Supreme Court.

This case was argued March term, 1856, by *Tuttle* and *Zabriskie*, for plaintiffs in error, and *Bradley*, for defendants.

It was not decided until June term, when the judgment of the Supreme Court, reported *ante* page 268, which had been removed into this court by writ of error, was affirmed.

[No opinion has been furnished the reporter.]

*For affirmance*—The CHANCELLOR, Judges HAINES, RYERSON, CORNELISON, HUYLER, RISLEY, and VALENTINE.

*For reversal*—Judge WILLS.